## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAVID FELTY,                                                                                      PLAINTIFF
ADC # 95976

v.                                        No. 5:07CV00232 JLH

ARKANSAS DEPARTMENT OF CORRECTION, *et al.*                              DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants's Motion for Summary Judgment (docket entry #83) is GRANTED; and Plaintiff's claims are dismissed with prejudice.

The Court FURTHER CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

DATED this 6th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE